UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Cortney Hassler

Case No.: 18-23828
Chapter: 7
Judge: ABA

### NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Mitchell H. Cohen US Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __10/09/18__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
1001 Bradford Drive
Williamstown, NJ
Value $145,000.00

Liens on property:
Quicken Loans
$240,679.00

Amount of equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-23828-ABA
Cortney Hassler                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Sep 06, 2018
                              Form ID: pdf905          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2018.
db              +Cortney Hassler,    1001 Bradford Drive,    Williamstown, NJ 08094-2705
517637458       +ARS ACCOUNT RESOLUTION SERVICES,    1643 NW 136 AVE, BLDG H,    STE 100,    SUNRISE, FL 33323-2857
517637460       +CHASE CARD,    PO BOX 15298,    Wilmington, DE 19850-5298
517637462        EMERG PHY ASSOC OF S. JERSEY, PC,    PO BOX 740021,    CINCINNATI, OH 45274-0021
517637463       +FINANCIAL RECOVERIES,    200 E PARK DR,    STE 100,    MOUNT LAUREL, NJ 08054-1297
517637464       +FIRSTSTAR BANK,    PO BOX 7860,    Madison, WI 53707-7860
517637465       +JEFFERSON HEALTH,    435 HURFFVILLE-CROSS KEYS ROAD,    TURNERSVILLE, NJ 08012-2453
517637466       +KML Law Group PC,    Kristina G. Murtha, Esquire,    216 Haddon Avenue, Suite 406,
                  Westmont, NJ 08108-2812
517657617       +LISA BODINE,    2205 ELBERTA LANE,    MARLTON, NJ 08053-1387
517637467       +LVNV FUNDING, LLC,    PO BOX 98875,    Las Vegas, NV 89193-8875
517637469       +MACY'S,    PO BOX 8218,    Mason, OH 45040-8218
517637470       +MIDLAND FUNDING LLC,    PO BOX 98875,    Las Vegas, NV 89193-8875

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2018 23:11:56     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2018 23:11:53     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517637457       +E-mail/Text: ally@ebn.phinsolutions.com Sep 06 2018 23:10:54     ALLY FINANCIAL,
                  PO BOX 380901,    BLOOMINGTON, MN 55438-0901
517637459       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 06 2018 23:17:31
                  CAPITAL ONE BANK USA NA,    PO BOX 30285,    Salt Lake City, UT 84130-0285
517637461        E-mail/PDF: creditonebknotifications@resurgent.com Sep 06 2018 23:17:04     CREDIT ONE BANK,
                  PO BOX 60500,    City of Industry, CA 91716-0500
517637468       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 06 2018 23:17:07     LVNV FUNDING, LLC,
                  PO BOX 1269,    Greenville, SC 29602-1269
517637471       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 06 2018 23:11:52     MIDLAND FUNDING LLC,
                  2365 NORTHSIDE DRIVE,    STE 300,    San Diego, CA 92108-2709
517657616        E-mail/Text: bankruptcy@gopfs.com Sep 06 2018 23:12:34     PRESTIGE FINANCIAL SERVICES,
                  1420 S 500 W,    SALT LAKE CITY, UT 84115
517637472       +E-mail/Text: bankruptcyteam@quickenloans.com Sep 06 2018 23:12:16     QUICKEN LOANS,
                  1050 WOODWARD AVENUE,    Detroit, MI 48226-1906
517639530       +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 23:17:00     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 10

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
              Andrew   Sklar    on behalf of Debtor Cortney   Hassler andy@sklarlaw.com,    dolores@sklarlaw.com
              Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

```
District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: Sep 06, 2018
                              Form ID: pdf905          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                TOTAL: 6